# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Payments IP Pty Ltd., | * | |
|    Plaintiff | * | |
| v. | * | Case No. 1:17-cv-00389-ELH |
| B52 Media, LLC, *et al.* | * | |
|    Defendants. | * | |

* * * * * * * * *

## MOTION FOR LEAVE TO WITHDRAW AS
## COUNSEL FOR DEFENDANT SURAJ RAJWANI

Pursuant to Maryland Attorneys' Rules of Professional Conduct 19-301.16 and Local Rule 101(2)(a), Sheppard Mullin Richter & Hampton LLP and the undersigned attorney hereby move for an order granting them leave to withdraw as counsel of record for Defendant Suraj Rajwani. The declaration of Karin H. Johnson and a memorandum of points and authorities are filed herewith in support of this motion.

Respectfully submitted,

Dated: July 17, 2017

      */s/ Karin H. Johnson*
Karin H. Johnson (Bar No. 19264)
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
(202) 747-1900
kjohnson@sheppardmullin.com

*Attorneys for Defendant Suraj Rajwani*

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this 17th day of July, 2017, a copy of the foregoing Motion for Leave to Withdraw as Counsel for Defendant Suraj Rajwani was filed with this Court, via the Court's CM/ECF filing system, which will send copies to the following counsel of record:

Paul A. Fenn, Esquire
Daniel J. McCartin, Esquire
CONTI FENN & LAWRENCE LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
*Attorneys for Plaintiff*

Andrew T. Oliver, Esquire
Daniel W. Bedell, Esquire
AMIN TUROCY & WATSON LLP
160 W. Santa Clara Street, Suite 975
San Jose, California 95113

Nathan Daniel Adler, Esquire
NEUBERGER QUINN GIELEN RUBIN AND GIBBER PA
One South Street, 27th Floor
Baltimore, MD 21202
*Attorney for B52 Media LLC and Jonathan W. Bierer*

and

Andrew D. Levy, Esquire
Andrew D. Freeman, Esquire
Abigail Graber, Esquire
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD 21202
*Attorneys for Suraj Rajwani*

A copy of the foregoing was also served via certified mail on:

Suraj Rajwani
DoubleRock, LLC
1 Sansome Street, Suite 3500
San Francisco, CA 94104

                                                       */s/ Karin H. Johnson*
                                                        Karin H. Johnson