IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Payments IP Pty Ltd., | * |
| Plaintiff, | * |
| v. | *   Civil Action No. ELH-17-00389 |
| B52 Media, LLC, *et al.*, | * |
| Defendants. | * |

* * * * * * * *

## DECLARATION OF KARIN JOHNSON

I, Karin Johnson, declare as follows.

1. I am an attorney with the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), which is presently counsel to Defendant Suraj Rajwani. If called as a witness, I could and would competently testify to all facts within my personal knowledge except as otherwise stated herein.

2. Sheppard Mullin has represented Mr. Rajwani in this litigation and I have appeared on Mr. Rajwani's behalf in this case. Mr. Rajwani has also been represented and advised by co-counsel from Brown Goldstein Levy with regard to this matter. The engagement agreement between Sheppard Mullin and Mr. Rajwani allows Mr. Rajwani to terminate Sheppard Mullin's representation at any time. Sheppard Mullin may also terminate its representation of Mr. Rajwani at any time, subject to its ethical obligation to give Mr. Rajwani reasonable notice to arrange for alternative representation.

3. I understand that between July 12 and July 15, 2017, James Chadwick, a partner with Sheppard Mullin, contacted Mr. Rajwani several times to notify him of Sheppard Mullin's intent to file a motion for leave to withdraw as Mr. Rajwani's legal counsel.

4. To date, Mr. Rajwani has not indicated that he will oppose Sheppard Mullin's motion to withdraw as counsel.

5. Mr. Rajwani's business address is: Suraj Rajwani, DoubleRock, LLC, 1 Sansome Street, Suite 3500, San Francisco, CA 94104.

6. If the Court wishes any further information regarding the reasons for the request to withdraw, I can provide additional information *in camera* to protect client confidences.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of July, 2017 at Washington, D.C.

*/s/ Karin Johnson*
Karin H. Johnson (Bar No. 19264)
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
(202) 747-1900
kjohnson@sheppardmullin.com