**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| PAYMENTS IP PTY LTD., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 17-0389-ELH |
| B52 MEDIA, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME TO REPLY
TO PLAINTIFF PAYMENTS IP'S OPPOSITION TO DEFENDANT RAJWANI'S
MOTION TO DISMISS OR STAY**

Defendant Suraj Rajwani, with the consent of Plaintiff Payments IP Pty Ltd. ("Payments IP"), moves this Court pursuant to Fed. R. Civ. P. 6(b) and Local Rule 105.9 for an extension of the time for Mr. Rajwani to Reply to Payments IP's Opposition to Mr. Rajwani's Motion to Dismiss or Stay.  (ECF No. 51).  In support, Mr. Rajwani states as follows:

1. On May 22, 2017, Payments IP filed a Motion for Leave to File the First Amended Complaint, which added Defendant Rajwani as a party to this action.  (ECF No. 29).

2. On May 22, 2017, this Court granted Payments IP's Motion for Leave to File the First Amended Complaint (ECF No. 30), and the First Amended Complaint was docketed by the Clerk on the same day.  (ECF No. 31).

3. On July 5, 2017, Mr. Rajwani filed a Motion to Dismiss or Stay the First Amended Complaint.  (ECF No. 43).

4. On July 17, 2017, Payments IP filed a Consent Motion for Extension of Time to Respond to Defendant Rajwani's Motion to Dismiss or Stay.  (ECF No. 49).

5.       On July 17, 2017, this Court granted Payments IP's Consent Motion. (ECF No. 50).

6.       On July 26, 2017, Payments IP filed an Opposition to Mr. Suraj Rajwani's Motion to Dismiss or Stay. (ECF No. 51).

7.       Mr. Rajwani's Reply in support of his Motion to Dismiss or Stay the First Amended Complaint is due on August 9, 2017.

8.       Due to pressing deadlines in other matters being handled by counsel for Mr. Rajwani, Mr. Rajwani respectfully requests an extension until August 18, 2017, to file a Reply in support of his Motion to Dismiss or Stay.

9.       Pursuant to Local Rule 105.9, on July 28, August 4, and August 7, 2017, counsel for Mr. Rajwani contacted counsel for Payments IP seeking consent for an extension of the deadline to file a Reply in support of Mr. Rajwani's Motion to Dismiss or Stay. On August 7, 2017, counsel for Payments IP, Daniel Bedell, consented to the extension to August 18, 2017, sought in this Consent Motion.

10.      This Consent Motion should be granted because Payments IP has consented to Mr. Rajwani's request for an extension of time, and therefore no party will be prejudiced by the Court granting this Consent Motion.

WHEREFORE, good cause having been shown, Defendant Suraj Rajwani respectfully requests that the Court grant its Consent Motion for Extension of Time to Reply to Plaintiff Payments IP's Opposition to Defendant Rajwani's Motion to Dismiss or Stay, until August 18, 2017.

DATED:  August 7, 2017                    Respectfully submitted,

                                              /s/
Andrew D. Freeman (Bar No. 03869)
Abigail A. Graber (Bar No. 19727)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel:  (410) 962-1030
Fax:  (410) 385-0869
adf@browngold.com
agraber@browngold.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court and a copy was electronically served via CM/ECF to all counsel of record.

                                              /s/
Abigail A. Graber